Alexander R. Vail
Nevada Bar # 14291
Law Office of Alexander R. Vail, L.L.C.
2970 West Sahara Avenue
Las Vegas, Nevada 89102
Phone: 702-370-5049
Email: alexander@vailimmigrationservices.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| Olivia MORONES; Manuel VALDIVIA VALDEZ,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Tracy RENAUD, in her official capacity as Associate Director of the Service Center Operations Directorate of United States Citizenship and Immigration Services; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES.<br><br>　　　　　Defendants. | No. 2:22-cv-01376-JCM-EJY<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFFS' COMPLAINT WITHOUT PREJUDICE** |

//
//
//
//
//
//
//
//
//

It is hereby stipulated by and between Plaintiffs, through their counsel of record, and the United States of America, on behalf of the above-named Federal Defendants, through its counsel of record, that Plaintiffs' lawsuit against Defendants be dismissed, without prejudice, with each party to bear their own fees and costs.

Dated this 8th day of September 2022.

| | |
|---|---|
| LAW OFFICE OF ALEXANDER R. VAIL, L.L.C | JASON M. FRIERSON<br>United States Attorney |
| /s/ Alexander R. Vail<br>Alexander R. Vail<br>*Attorney for Plaintiffs* | /s/ Skyler Pearson<br>Skyler Pearson<br>Assistant United States Attorney<br>*Attorney for the United States* |

**IT IS SO ORDERED**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: September 22, 2022